**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**In re:**                                                                : Chpt 13
Shawnnette Johnson
                                                                              :
                                                                              : Bankruptcy No: 19-17840-amc

**O R D E R**

     AND NOW, this _____day of_____2020, upon consideration of Debtor's Motion, it is hereby,

     ORDERED AND DECREED that debtor shall be allowed an extension of time until 1/14/2020, by which date all required documents must be filed.

BY THE COURT:

**Date: January 6, 2020**

_____
Honorable Ashely M. Chan
U.S. BANKRUPTCY JUDGE