## THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                      :   CHAPTER 13
Shawnnette Johnson                          :   BANKRUPTCY NO.: 19-17840-AMC

### ORDER

AND NOW, this __14th__ day of __Ja_____, 2020, upon consideration of the Motion of the Debtor to Impose the Automatic Stay and any responses thereto, it is hereby:

ORDERED and DECREED that the ~~Automatic Stay in the above captioned matter shall be imposed, and shall remain in full force and effect as to all creditors for the duration of this case.~~ Motion is denied for the reasons stated in open Court.

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge