United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-17840-amc
Shawnnette Johnson                                                        Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: JEGilmore         Page 1 of 1            Date Rcvd: Jan 15, 2020
                             Form ID: pdf900         Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2020.
db              +Shawnnette Johnson,    869 N Moss Street,    Philadelphia, PA 19139-1836

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: megan.harper@phila.gov Jan 16 2020 03:14:22     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 16 2020 03:13:51
                 Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 16 2020 03:14:10     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,  615 Chestnut Street,   Philadelphia, PA 19106-4404
                                                                                             TOTAL: 3

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2020                                     Signature:   /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 15, 2020 at the address(es) listed below:
              ERIK B. JENSEN    on behalf of Debtor Shawnnette  Johnson akeem@jensenbagnatolaw.com,
               gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Chondrite REO, LLC (5) bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    CHONDRITE REO, LLC (2) bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 5

THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: : CHAPTER 13
Shawnnette Johnson : BANKRUPTCY NO.: 19-17840-AMC

## ORDER

AND NOW, this 14th day of Jan_____, 2020, upon consideration of the Motion of the Debtor to Impose the Automatic Stay and any responses thereto, it is hereby:

ORDERED and DECREED that the ~~Automatic Stay in the above captioned matter shall be imposed, and shall remain in full force and effect as to all creditors for the duration of this case.~~ Motion is denied for the reasons stated in open Court.

Honorable Ashely M. Chan
United States Bankruptcy Judge