Certificate Number: 12433-PAE-DE-034099519

Bankruptcy Case Number: 19-17840



12433-PAE-DE-034099519

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 15, 2020, at 7:25 o'clock PM EST, Shawnnette D. Johnson completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   February 16, 2020              By:      /s/Candace Jones

                                       Name:    Candace Jones

                                       Title:   Counselor